IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| The United States of America for the Use and Benefit of Bonitz Contracting Company, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Restoration Specialists, LLC and Fidelity and Deposit Company of Maryland, <br><br> Defendants. | C/A NO.: 2:17-CV-00197-DCN <br><br><br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A), the Plaintiffs, by and through their undersigned attorneys, hereby stipulate that the above-caption action be, and the same hereby is, dismissed and forever ended with prejudice as to Defendant Fidelity & Deposit Company of Maryland. This action is dismissed WITHOUT PREJUDICE as to Defendant Restoration Specialists, LLC.

                                                    *s/ Franklin J. Smith, Jr.*
                                                    Franklin J. Smith, Jr., Federal Ct. I.D. #3898
                                                    RICHARDSON, PLOWDEN & ROBINSON, P.A.
                                                    1900 Barnwell Street
                                                    Post Office Drawer 7788
                                                    Columbia, South Carolina 29202
                                                    (803) 771-4400
                                                    fsmith@richardsonplowden.com
                                                    ATTORNEYS FOR THE PLAINTIFF
March 23, 2017                          BONITZ CONTRACTING COMPANY, INC.
Columbia, South Carolina